UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MIRAMONTES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L. GOWER, et al.,<br><br>　　　　Defendants. | No.  2:15-cv-1544 JAM CKD P<br><br><br>ORDER |

Plaintiff has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 25, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. The findings and recommendations filed July 25, 2016, are adopted in full;

3 | 2. Defendant's motion for summary judgment (ECF No. 22) is denied.

4 | DATED: August 31, 2016

5 | _John A. Mendez_____

6 | UNITED STATES DISTRICT COURT JUDGE