UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MIRAMONTES, | No. 2:15-cv-1544 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| L. GOWER, et al., | |
| Defendants. | |

On September 19, 2016, plaintiff filed a request for reconsideration of the magistrate judge's order filed August 10, 2016 denying plaintiff's motion for the appointment of counsel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed August 10, 2016, is affirmed.

DATED: September 23, 2016

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE